```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| A. S., a minor, et al., | : | CIVIL ACTION |
| | : | NO. 13-2312 |
| Plaintiffs, | : | |
| | : | |
| v. | : | |
| | : | |
| WILLIAM PENN SCHOOL DISTRICT, | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this **10th** day of **April, 2014,** for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

(1) Defendant's Motion to Dismiss (ECF No. 10), which the Court has treated as a Motion for Summary Judgment in accordance with Federal Rule of Civil Procedure 12(d), is **GRANTED**;

(2) Defendant's Motion to Strike (ECF No. 10) is **DENIED as moot**;

(3) Plaintiffs' Motion for Extension of Time (ECF No. 23) is **GRANTED nunc pro tunc**;

(4) Plaintiffs' Motion to Amend Reply (ECF No. 31) is **GRANTED**;

(5) Plaintiffs' substantive claims under the IDEA are **DISMISSED without prejudice** for failure to exhaust;

(6) Plaintiffs' due process and procedural IDEA claims regarding the due process hearing held on January 23, 2013, are **DISMISSED with prejudice**; and

(7) The clerk shall mark the case **closed.**

It is further ordered that Defendant's Motion for Sanctions (ECF No. 15) is **DENIED.**

      **AND IT IS SO ORDERED.**

      /s/ Eduardo C. Robreno
      **EDUARDO C. ROBRENO,   J.**